IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-205-D

| | |
|---|---|
| LORD CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HULTEC S&B TECHNICAL PRODUCTS, )<br>INC., HULTEC TERRAMIX S.A., and )<br>MARK A. WEIH, )<br>)<br>Defendants. ) | **ORDER** |

On May 17, 2010, plaintiff filed a motion to seal [D.E. 172] its May 17, 2010 motion and memorandum to compel [D.E. 170, 171]. On June 1, 2010, defendants filed a motion to seal [D.E. 176] their response to plaintiff's motion to compel. The court hereby refers the motion to compel and the motions to seal [D.E. 170, 172, 176] to Magistrate Judge Gates for disposition. See 28 U.S.C. § 636(b)(1)(A).

SO ORDERED. This 7 day of June 2010.

JAMES C. DEVER III
United States District Judge