IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-205-D

| LORD CORPORATION, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| HULTEC S&B TECHNICAL PRODUCTS, INC., HULTEC TERRAMIX S.A., and MARK A. WEIH, | ) | |
| Defendants. | ) | |

On June 8, 2010, plaintiff filed an expedited motion to compel defendant Terramix's employees to appear for deposition [D.E. 181], a memorandum [D.E. 183], and a motion to seal [D.E. 182]. The court hereby refers the motions to Magistrate Judge Gates for disposition. See 28 U.S.C. § 636(b)(1)(A).

SO ORDERED. This 9 day of June 2010.

JAMES C. DEVER III
United States District Judge