IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CV-205-D

| | | |
|---|---|---|
| LORD CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| S&B TECHNICAL PRODUCTS, INC., | ) | |
| TERRAMIX S.A., and MARK A. WEIH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on three motions filed pursuant to the expedited procedure adopted by the court, by order entered 16 April 2010 (D.E. 161), for expedited resolution of discovery disputes: (1) a motion (D.E. 244) by defendants Terramix S.A. ("Terramix") and Mark A. Weih ("Weih") (collectively "defendants") to compel a separate expert witness deposition of Patrick Warren, or in the alternative, for additional time to depose Warren; (2) a motion (D.E. 248) by plaintiff Lord Corporation ("plaintiff") for additional time to depose defendant Mark Weih and to compel his appearance in this district; and (3) plaintiff's motion to compel complete responses to its third set of interrogatories to defendants. Responses (D.E. 252 through 254) to all three motions were filed, and the court heard argument on the motions at a hearing on 8 September 2010. All three motions are ALLOWED on the terms and for the reasons stated on the record at the hearing. Each side shall bear its own expenses incurred in connection with the motions.

SO ORDERED, this 9 day of September 2010.

James E. Gates
United States Magistrate Judge