IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CV-205-D

| | | |
|---|---|---|
| LORD CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| S&B TECHNICAL PRODUCTS, INC., | ) | |
| TERRAMIX S.A., and MARK A. WEIH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the motion (D.E. 208) by defendant Terramix S.A ("Terramix") to re-designate as "confidential" a document produced by plaintiff Lord Corporation ("plaintiff") during discovery as "highly confidential." The document was provided to the court for consideration (D.E. 209-1, pp. 1-26). Following additional meet and confer sessions between the parties, plaintiff agreed to redesignate the document as "confidential," as requested by Terramix. (*See* Pl.'s Resp. (D.E. 235)). Accordingly, the motion is DENIED as moot.

SO ORDERED, this the 27 day of October, 2010.

James E. Gates
United States Magistrate Judge