IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CV-205-D

| | |
|---|---|
| LORD CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| S&B TECHNICAL PRODUCTS, INC., ) | |
| TERRAMIX S.A., and MARK A. WEIH, ) | |
| ) | |
| Defendants. ) | |

This case come before the court on the motion (D.E. 181) by plaintiff Lord Corporation ("plaintiff") to compel defendant Terramix S.A. ("Terramix") to require two non-management employees to appear for deposition without the issuance of letters rogatory. Terramix filed a memorandum (D.E. 185) in opposition to plaintiff's motion indicating that the two employees agreed to appear voluntarily.[1] Therefore plaintiff's motion is DENIED as moot.

SO ORDERED, this 9 day of November 2010.

James E. Gates
United States Magistrate Judge

---

[1] Terramix also stated that it was reserving the right to object to the taking of depositions of any other employees who are not officers, directors, or managing agents by service of a notice of deposition alone.