IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CV-205-D

| | | |
|---|---|---|
| LORD CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| S&B TECHNICAL PRODUCTS, INC., | ) | |
| TERRAMIX S.A., and MARK A. WEIH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the motion (D.E. 352) for leave to file a supplemental memorandum (D.E. 352-1) by defendants S&B Technical Products, Inc. ("S&B"), Terramix S.A. ("Terramix") and Mark A. Weih ("Weih") (collectively "defendants") in further support of their motion to dismiss and for appropriate relief (D.E. 186). The court has reviewed the proposed supplemental memorandum in its entirety and considered it in its ruling on defendants' motion to dismiss and for appropriate relief. Accordingly, the motion is ALLOWED. Defendants' proposed supplemental memorandum (D.E. 352-1) shall be considered part of the record on defendants' motion to dismiss and for appropriate relief.

SO ORDERED, this the 4th day of January 2011.

James E. Gates
United States Magistrate Judge