IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-205-D

LORD CORPORATION, )
)
        Plaintiff, )
)
v. ) **ORDER**
)
HULTEC S&B TECHNICAL PRODUCTS, )
INC., HULTEC TERRAMIX S.A., and )
MARK A. WEIH, )
)
        Defendants. )

On January 21, 2011, defendants filed a motion for sanctions [D.E. 393]. On January 25, 2011, plaintiff filed a response in opposition [D.E. 399]. Plaintiff did not violate the local rules. The motion for sanctions [D.E. 393] is DENIED.

SO ORDERED. This 28 day of January 2011.

                                    JAMES C. DEVER III
                                    United States District Judge