IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>S&B TECHNICAL PRODUCTS, INC.,<br>TERRAMIX S.A., and MARK A. WEIH,<br><br>Defendants. | **ORDER** |

This matter is before the Court on Plaintiff LORD Corporation's Motion to File and Retain Under Seal the Motion to Compel Complete Responses to Plaintiff's Third Set of Interrogatories [Dkt. 170], the exhibits to that motion, and the supporting memorandum of law [Dkt. 171]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Complete Responses to Plaintiff's Third Set of Interrogatories, the exhibits to that motion, and the memorandum of law filed in support shall be sealed and remain under seal in accordance with Local Civil rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge