IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LORD CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> S&B TECHNICAL PRODUCTS, INC., TERRAMIX S.A., and MARK A. WEIH, <br><br> Defendants. | Civil Action No. 5:09-cv-205-D <br><br> **ORDER** |

This matter is before the Court on Defendants' Motion to File Documents Under Seal [Dkt. 176] and the supporting Memorandum of law [Dkt. 177]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Defendants' Memorandum in Opposition to Plaintiff's Motion To Compel Complete Responses to Plaintiff's Third Set of Interrogatories, or, in the Alternative, for Leave to Propound Additional Interrogatories [Dkt. 175] and the exhibits thereto shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge