IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LORD CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> S&B TECHNICAL PRODUCTS, INC., TERRAMIX S.A., and MARK A. WEIH, <br><br> Defendants. | Civil Action No. 5:09-cv-205-D <br><br><br> **ORDER** |

This matter is before the Court on Defendants S&B Technical Products, Inc., Terramix S.A., and Mark A. Weih's (collectively, "Defendants") Motion to File Documents Under Seal [Dkt. 192] and the supporting memorandum of law [Dkt. 193]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Partial Summary Judgment as to Trademark and Trade Dress Claims [Dkt. 190], the exhibits to that Motion, and the supporting memorandum of law [Dkt. 191] shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge