IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| LORD CORPORATION, | Civil Action No. 5:09-cv-205-D |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| S&B TECHNICAL PRODUCTS, INC., TERRAMIX S.A., and MARK A. WEIH, | |
| Defendants. | |

This matter is before the Court on Terramix's Motion To Re-Designate Document [D.E. 208], the Declaration of Stephen D. Martin and the exhibits to that Declaration [D.E. 209], and the supporting memorandum of law [D.E. 210]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Terramix's Motion To Re-Designate Document [D.E. 208], the Declaration of Stephen D. Martin and the exhibits to that Declaration [D.E. 209], and the supporting memorandum of law [D.E. 210] shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge