IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

LORD CORPORATION,

        Plaintiff,

v.

S&B TECHNICAL PRODUCTS, INC.,
TERRAMIX S.A., and MARK A. WEIH,

        Defendants.

**ORDER**

This matter is before the Court on Plaintiff LORD Corporation's Memorandum of Law in Opposition to Defendants' Motion to Dismiss and for Appropriate Relief (Dkt. 213), and the Declaration of Betsy Cook Lanzen in support of that memorandum (Dkt. 214). The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss and for Further Relief and the Declaration of Betsy Cook Lanzen in support of that memorandum shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge