IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>S&B TECHNICAL PRODUCTS, INC.,<br>TERRAMIX S.A., and MARK A. WEIH,<br><br>        Defendants. | **ORDER** |

This matter is before the Court on Plaintiff LORD Corporation's Motion to File and Retain Documents under Seal. Specifically, LORD seeks to file and retain under seal its Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment as to Trademark and Trade Dress Claims (Dkt. 217) and the Declarations of Dawn R. Astorino, John M. Moye, Betsy Cook Lanzen, Atul V. Pantankar, Julio C.R. Perez, and Karen Sy-Laughner (Dkts. 218-222, 224). The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment as to Trademark and Trade Dress Claims and the Declarations of Dawn R. Astorino, John M. Moye, Betsy Cook Lanzen, Atul V. Pantankar, Julio C.R. Perez, and Karen Sy-Laughner shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This **15** day of February 2011.

                                                JAMES C. DEVER III
                                                United States District Judge