IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LORD CORPORATION, | Civil Action No. 5:09-cv-205-D |
| Plaintiff, | |
| vs. | **ORDER** |
| S&B TECHNICAL PRODUCTS, INC., TERRAMIX S.A., and MARK A. WEIH, | |
| Defendants. | |

This matter is before the Court on Defendant and Counterclaim Plaintiff Terramix S.A. ("Terramix")'s Motion to File Documents Under Seal [Dkt. 307] and the supporting memorandum of law [Dkt. 308]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Declaration of Mark A. Weih and exhibits [Dkt. 304], the Declaration of Stephen D. Martin and exhibits [Dkt. 305], and Terramix's Reply in Support of Its Motion for Leave to Amend [Dkt. 306] shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge