IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:09-CV-00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>HULTEC S&B TECHNICAL PRODUCTS, INC., HULTEC TERRAMIX S.A., and MARK A. WEIH,<br><br>      Defendants. | ORDER |

This matter is before the Court on Plaintiff LORD Corporation's motion to file and retain under seal the documents filed at docket numbers 370 through 388. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that the documents located at docket numbers 370-388 shall be filed under seal and shall remain under seal in accordance with Local Civil Rule 79.2(b).

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge