IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

LORD CORPORATION,

              Plaintiff,

v.

S&B TECHNICAL PRODUCTS, INC.,
TERRAMIX S.A., and MARK A. WEIH,

              Defendants.

**ORDER**

This matter is before the Court on Plaintiff LORD Corporation's Motion to File and Retain Under Seal Plaintiff's Expedited Motion to Compel Defendant Terramix, S.A. to Require Employees To Appear for Deposition. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Expedited Motion to Compel Defendant Terramix, S.A. to Require Employees To Appear for Deposition shall be sealed and remain under seal in accordance with Local Civil rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge