IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

LORD CORPORATION,

    Plaintiff,

v.

S&B TECHNICAL PRODUCTS, INC.,
TERRAMIX S.A., and MARK A. WEIH,

    Defendants.

**ORDER**

This matter is before the Court on Plaintiff LORD Corporation's Motion to File and Retain Documents under Seal. Specifically, LORD seeks to file and retain under seal its Expedited Motion to Compel Complete Responses to the Third Interrogatories and the discovery exhibits supporting that Motion. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Expedited Motion to Compel Complete Responses to the Third Interrogatories and the exhibits supporting the Motion shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

    JAMES C. DEVER III
    United States District Judge