IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>S&B TECHNICAL PRODUCTS, INC.,<br>TERRAMIX S.A., and MARK A. WEIH,<br><br>Defendants. | **ORDER** |

This matter is before the Court on LORD Corporation's Motion to File and Retain Document under Seal. Specifically, LORD seeks to file and retain under seal its Reply in Support of its Motion for Sanctions Pursuant to Rules 16 and 37. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Reply in Support of LORD Corporation's Motion for Sanctions Pursuant to Rules 16 and 37 shall be filed and retained under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge