IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>S&B TECHNICAL PRODUCTS, INC.,<br>TERRAMIX S.A., and MARK A. WEIH,<br><br>    Defendants. | **ORDER** |

This matter is before the Court on LORD Corporation's Motion to File and Retain Documents Under Seal. Specifically, LORD seeks to file and retain under seal its Opposition to Terramix's Motion for Leave to Amend Counterclaim and the Declarations of Marina Carreker, Joseph W. Marotta, and James B. Williams filed in support of that Opposition. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Opposition to Terrami'x Motion for Leave to Amend Counterclaim and the Declarations of Marina Carreker, Joseph W. Marotta, and James B. Williams filed contemporaneously with that Opposition shall be filed and retained under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge