IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>S&B TECHNICAL PRODUCTS, INC.,<br>TERRAMIX S.A., and MARK A. WEIH,<br><br>Defendants. | **ORDER** |

This matter is before the Court on LORD Corporation's Motion to File and Retain Documents Under Seal, specifically Plaintiff's Notice of Filing of Supplemental Materials in Support of Plaintiff's Motion for Sanctions and the exhibits attached thereto. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Notice of Filing of Supplemental Materials in Support of Plaintiff's Motion for Sanctions and the exhibits attached thereto, shall be filed and retained under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge