IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>S&B TECHNICAL PRODUCTS, INC.,<br>TERRAMIX S.A., and MARK A. WEIH,<br><br>    Defendants. | **ORDER** |

This matter is before the Court on LORD Corporation's Motion to File and Retain Documents Under Seal. Specifically, LORD seeks to file and retain under seal its Memorandum in Support of its Motion for Protective Order, the accompanying Declaration of Marina Carreker, and the exhibits attached to that Declaration. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that the its Plaintiff's Memorandum in Support of its Motion for Protective Order, the accompanying Declaration of Marina Carreker, and the exhibits attached to that Declaration shall be filed and retained under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

JAMES C. DEVER III
United States District Judge