IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-CV: 00205-D

| | |
|---|---|
| LORD CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>S&B TECHNICAL PRODUCTS, INC.,<br>TERRAMIX S.A., and MARK A. WEIH,<br><br>            Defendants. | **ORDER** |

This matter is before the Court on Plaintiff LORD Corporation's Motion to File and Retain Document under Seal. Specifically, LORD Corporation ("LORD") seeks to file and retain under seal its Answer to the First Amended Counterclaims of Defendant Terramix, S.A. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that LORD's Answer to the First Amended Counterclaims of Defendant Terramix, S.A. shall be filed and retained under seal in accordance with Local Civil Rule 79.2(b), EDNC.

SO ORDERED. This 15 day of February 2011.

                                                      JAMES C. DEVER III
                                                      United States District Judge